# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Davina L. Smith,** | ) | **CASE NO. 5:12 CV 1466** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | <u>Order</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Currently pending before this Court is an Application for Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 22).  This matter was referred to Magistrate Judge Vernelis K. Armstrong, pursuant to 28 U.S.C. § 636 and Local Rule 72.2.  The Magistrate Judge has filed an Amended Report and Recommendation (Doc. 31) recommending that fees be awarded in the amount of $4,931.83.  No objections have been filed.  The Amended Report and Recommendation is ACCEPTED and fees are awarded in the amount of $4,931.83 for the reasons stated therein.

Further, in light of the Amended Report and Recommendation, plaintiff's motion for reconsideration of the fee issue (Doc. 30) is MOOT.

1

IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Judge

Dated: 9/9/13